# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:10 CV 234

| | |
|---|---|
| BERNICE CALLOWAY, ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| GGNSC ASHEVILLE, LLC, d/b/a ) | |
| Golden Living Center, ) | |
| ) | |
|     Defendant. ) | |

**THIS MATTER** is before the court on Amy L. Keegan's Application for Admission to Practice *Pro Hac Vice* of Charles Matthew Roesch. It appearing that Charles Matthew Roesch is a member in good standing with the Ohio Bar and will be appearing with Amy L. Keegan, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Amy L. Keegan's Application for Admission to Practice *Pro Hac Vice* (#11) of Charles Matthew Roesch is **GRANTED**, and that Charles Matthew Roesch is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Amy L. Keegan.

Signed: February 15, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge